UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60287-CIV-COHN/SELTZER

CHRISTINE D. GOSTISBEHERE,

    Plaintiff,

v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, through undersigned counsel, and pursuant to this Court's Status Report Order [DE 7] hereby submits this Notice of Pending Settlement and states the following:

1. Plaintiff's counsel has had ongoing settlement discussions with Defendant's in-house counsel. Defendant's counsel has not filed an appearance in this matter.

2. This Court entered a Status Report order on March 11, 2013 [DE 7]

3. Plaintiff and Defendant's counsel have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.

4. Upon execution of the Settlement Agreement, Plaintiff will file the appropriate dismissal document with the Court. Plaintiff requests until April 15, 2013 to file her Final Order of Dismissal or, in the alternative, her Default Judgment.

5. As such, Plaintiff respectfully submits that they have not filed a default judgment as the parties are finalizing settlement agreement.

Dated: March 18, 2013

Respectfully submitted,

JENNIFER M. COLSON, ESQ.
Attorney for Plaintiff
Post Office Box 50028
Lighthouse Point, Florida 33064
Telephone: (954) 784-2290
Facsimile: (954) 784-2770
jcolson@jennifercolsonpa.com

s/Jennifer M. Colson
Jennifer M. Colson, Esq.
Florida Bar No. 047783

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60287-CIV-COHN/SELTZER

CHRISTINE D. GOSTISBEHERE,

    Plaintiff,

v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 18, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              s/Jennifer M. Colson
                              Jennifer M. Colson, Esq.

## SERVICE LIST

Simm and Associates
Charles Boarman
800 Pencadar Drive
Newark, DE 19702
Charlesb@Simmassociates.com