UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60287-CIV-COHN/SELTZER

CHRISTINE D. GOSTISBEHERE,

    Plaintiff,

v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

**AMENDED NOTICE OF PENDING SETTLEMENT**

Plaintiff, through undersigned counsel, and pursuant to this Court's Status Report Order [DE 7] hereby submits this Amended Notice of Pending Settlement and states the following:

1. On March 18th, 2013 Plaintiff's counsel filed a Notice of Pending Settlement [DE 8].

2. The Parties have entered into a Settlement Agreement.

3. Plaintiff requests until May 5th, 2013 to file her Final Order of Dismissal or, in the alternative, her Default Judgment.

Dated: April 2nd, 2013

    Respectfully submitted,

    JENNIFER M. COLSON, ESQ.
    Attorney for Plaintiff
    Post Office Box 50028
    Lighthouse Point, Florida 33064
    Telephone: (954) 784-2290
    Facsimile: (954) 784-2770
    jcolson@jennifercolsonpa.com

    s/Jennifer M. Colson
    Jennifer M. Colson, Esq.
    Florida Bar No. 047783

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60287-CIV-COHN/SELTZER

CHRISTINE D. GOSTISBEHERE,

    Plaintiff,

v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 2nd, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/Jennifer M. Colson
                                                      Jennifer M. Colson, Esq.

## SERVICE LIST

Simm and Associates
Charles Boarman
800 Pencadar Drive
Newark, DE 19702
Charlesb@Simmassociates.com